IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOE CLINARD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:19-cv-00975 ) |
| KAREN WALLACE BOLTON LIVING TRUST, THE, and KAREN BOLTON, | ) JUDGE RICHARDSON ) ) |
| Defendants. | ) ) ) |

**ORDER**

Plaintiff has filed a complaint against "Karen Wallace Bolton Living Trust, The" and Karen Bolton under 15 U.S.C. § 1640. (Doc. No. 1). Plaintiff paid in full the $400.00 filing fee. (Id.)

This action is **REFERRED** to the Magistrate Judge to oversee service of process on the defendants, to enter a scheduling order for the management of the case, to dispose or recommend disposition of any pretrial motions under 28 U.S.C. §§ 636(b)(1)(A) and (B), and to conduct further proceedings, if necessary, under Rule 72(b) of the Federal Rules of Civil Procedure and the Local Rules of Court.

Plaintiff is notified that **he is responsible for effecting service of process on Defendants** in accordance with the Rule 4 of the Federal Rules of Civil Procedure. Forms and more information about service of process are available on the Court's website: www.tnmd.uscourts.gov/. In addition, the Federal Rules of Civil Procedure are available on line: http://www.uscourts.gov/rules-policies/current-rules-practice-procedure/federal-rules-civil-procedure.

Plaintiff is further notified that he **MUST** keep the Court informed at all times of his current address. Failure to do so may result in dismissal of this action for failure to prosecute.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE